UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-08-00038-JLQ |
| vs. | ) | Order Of Dismissal With Prejudice |
| MARTIN ALMONTE-ARIAS, | ) | |
| Defendant. | ) | |

    Leave of court is granted for the filing of the foregoing dismissal with prejudice. The court makes no judgment as to merit or wisdom of this dismissal.

    The Clerk of this court shall enter this Order, enter judgment of dismissal with prejudice, and close this file.

    DATED this 9th day of October, 2008.

                  s/ Justin L. Quackenbush
                    JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE